**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Geoffery LeMond and Capture Design Ventures 03, LLC,

Plaintiffs,

v.

John Uphoff, Matt Duea, Anthony Brennan, Allen Temiz, Raw Entertainment B.V. d/b/a Roobet, Raw Entertainment Ltd. d/b/a Roobet, Packdraw Limited, Packdraw US, LLC, and PDCC Services Limited,

Defendant

Case No.: 25-cv-04152 (JMB/DJF)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT RAW ENTERTAINMENT B.V. d/b/a ROOBET**

---

The undersigned counsel of record for Defendant Raw Entertainment B.V., furnishes the following in compliance with Federal Rules of Civil Procedure 7.1:

1. Does Raw Entertainment B.V. have a parent corporation and/or wholly owned subsidiary?

   ☐ Yes ☒ No

   If yes, the parent corporation and/or wholly owned subsidiary is/are:

   ____________________________

2. Is 10% or more of the stock of Raw Entertainment B.V. owned by a publicly held corporation?

   ☐ Yes ☒ No

   If yes, identify all such owners: ____________________________________

Dated: November 3, 2025

Joseph A. Meckes, *Pro Hac Vice*
Joseph.meckes@sequirepb.com
Squire Patton Boggs (US) LLP
555 California Street, Suite 550
San Francisco, CA 94104
Telephone: 415.954.0201

*/s/ Kerry L. Middleton*

Kerry L. Middleton, Bar No. 26622X
kmiddleton@littler.com
Benjamin D. Sandahl, Bar No. 0397220
bsandahl@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

**Attorneys for Defendant Raw Entertainment B.V.**